UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Case No. Civil 00-2669 ADM/AJB

Prostar,

Plaintiff,

vs.

**SATISFACTION OF JUDGMENT**

Angel Sanchez, et al.,

Defendant.

---

Todd L. Gurstel, one of the attorneys for the judgment creditor, hereby certifies that the judgment entered and docketed in the court above-named in the action above entitled on July 25, 2001, in favor of the plaintiff and against the defendant for the sum of One Hundred Forty-Five Thousand Two Hundred Four and 66/100 Dollars ($145,204.66), has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, I have hereunto set my hand this ___day of September, 2005.

In Presence of

THE GURSTEL LAW FIRM, P.A.

____________________________

By:____________________________
Todd L. Gurstel (# 185619)
Attorneys for Plaintiff
401 North 3rd Street, Suite 590
Minneapolis, Minnesota 55401
Telephone: (612) 664-8200

____________________________

STATE OF MINNESOTA )

) ss.
COUNTY OF HENNEPIN)

On this ___ day of September, 2005, before me personally appeared Todd L. Gurstel, an attorney for the judgment creditor above named, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Subscribed and sworn to before me

this ___ day of September, 2005.

______________________________
Notary Public

**THE GURSTEL LAW FIRM, P.A.**
*A PROFESSIONAL CORPORATION*
*401 North Third Street | Suite 590*
*Minneapolis, Minnesota 55401-5009*
*Attorneys at Law*

*Todd L. Gurstel*
*Heidi L. Staloch*
*Jennifer Berquist*
*Simone Suri*
*Svetlana Denekamp*
*Michael Etmund*

*e-mail: gurstel@gurstel.com*
*www.gurstel.com*

*Telephone:(612) 664-8200*
*Facsimile: (612) 664-8222*

September 19, 2005

Richard D. Sletten
Clerk of Court
U.S. District Court
300 South Fourth Street
Minneapolis, MN 55415

RE: Prostar vs. Angel Sanchez, et al.
Our File No. 93274
Case No. Civil 00-2669 ADM/AJB

Dear Mr. Sletten:

Enclosed for filing, please find the Satisfaction of Judgment in connection with the above-captioned matter. Please provide our office with a certified copy of the satisfaction, evidencing this matter was satisfied. We will need this copy to file in Ramsey County, before they satisfy their judgment, which was transcribed in Ramsey County. I enclose our check in the amount of $9.00 for the purpose of receiving a certified copy of the satisfaction.

Thank you for your time and attention in this matter. If you have any questions or comments, please do not hesitate to contact me at **612-843-1084**.

Very truly yours,

THE GURSTEL LAW FIRM, P.A.

Andree Holien
Legal Assistant

Enclosure

cc: Patrick Connor, Esq.