UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Case No. Civil 00-2669 ADM/AJB

Prostar,

Plaintiff,

vs.

**SATISFACTION OF JUDGMENT**

Angel Sanchez, et al.,

Defendant.

---

Todd L. Gurstel, one of the attorneys for the judgment creditor, hereby certifies that the judgment entered and docketed in the court above-named in the action above entitled on July 25, 2001, in favor of the plaintiff and against the defendant for the sum of One Hundred Forty-Five Thousand Two Hundred Four and 66/100 Dollars ($145,204.66), has been paid and satisfied in full; and that the Court Administrator is hereby authorized to discharge said judgment of record.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 20 day of September, 2005.

In Presence of

THE GURSTEL LAW FIRM, P.A.

By:____________________

Todd L. Gurstel (# 185619)
Attorneys for Plaintiff
401 North 3rd Street, Suite 590
Minneapolis, Minnesota 55401
Telephone: (612) 664-8200

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

On this 20th day of September, 2005, before me personally appeared Todd L. Gurstel, an attorney for the judgment creditor above named, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Subscribed and sworn to before me

this 20th day of September, 2005.

Elizabeth Joy Shoberg
Notary Public

Elizabeth Joy Shoberg
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2010